UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAD I. WALKER, <br><br> Plaintiff, <br><br> v. <br><br> ANALOG DEVICES, INC., <br><br> Defendant. | Civil Action No. 22-11934-PBS |

REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO DISMISS
[Docket No. 6]

August 4, 2023

Boal, M.J.

Pro se plaintiff Chad I. Walker filed this action against defendant Analog Devices, Inc. asserting violations of the Sherman Act. Docket No. 1-1. Walker alleges that the confidentiality agreement he entered into with Analog Devices violates antitrust laws. Analog Devices has moved to dismiss Walker's complaint. Docket No. 6. For the following reasons, this Court recommends that Judge Saris grant Analog Devices' motion.[1]

I.     FACTUAL AND PROCEDURAL BACKGROUND[2]

In 2017, Walker signed an employment agreement with Analog Devices. Docket No. 1-1

---

[1] On December 8, 2022, Judge Saris referred this case to the undersigned for full pretrial management, and report and recommendation on dispositive motions. Docket No. 13.
[2] Because this case is presently before this Court on a motion to dismiss, I set forth the facts taking as true all well-pleaded allegations in the complaint and drawing all reasonable inferences in Walker's favor. See Morales-Tañon v. P.R. Elec. Power Auth., 524 F.3d 15, 17 (1st Cir. 2008).

1

*8/18/23*

*I adopt the report and recommendation and dismiss the action. [signature]*